IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID OLIVER, #285 230, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:13-cv-0068-TMH |
| | ) [wo] |
| MONTGOMERY COUNTY JAIL, *et al.*, | ) |
| Defendants. | ) |

**OPINION and ORDER**

On March 18, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 17). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED; that the Plaintiff's claims against the claims against the Montgomery County Detention Facility be DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); that the Montgomery County Detention Facility be DISMISSED as a party to this cause of action; and the Plaintiff's claims against the remaining defendants be referred back to the Magistrate Judge for additional proceedings.

Done this the 13th day of May, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE