IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID OLIVER, #285 230 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NO.  2:13-cv-68-TMH |
| ) | [wo] |
| D.T. MARSHAL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On June 19, 2013, the Magistrate Judge filed a Recommendation that this case be DISMISSED without prejudice (Doc. 27).  No timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is DISMISSED without prejudice.

DONE this 16th day of October, 2013.

　　　　　　　　　　　　　　　　　　 /s/ Truman M. Hobbs
　　　　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE